DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

*FILED'10 MAY 20 13:19 USDC-ORP*

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Diana Maixner**

    **Plaintiff,**

    **vs.**                                       **Civil No. 09-cv-0261-MA**

**Commissioner of Social Security**

          **Defendant.**

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $18.90, costs in the amount of $9.22, and

attorney's fees in the amount of $5,894.46, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

Done this _20_ day of _May_ , 20_10_

_____Malcolm F. Marsh_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**